FILED

08/25/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0423

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Case No. DA 20-0423_____

STATE OF MONTANA

      Plaintiff and Appellee,

vs.

RICHARD EDWARD ADSIT, JR.,

      Defendant and Appellant.

## ORDER GRANTING LEAVE TO FILE SUPPLEMENT SENTENCING TRANSCRIPT

On Appeal from the Montana Tenth Judicial District Court,
Cascade County, Cause No. DC-23-2018-07

Upon consideration of the Appellant's Motion for Leave to File Supplement Sentencing Transcript and good cause appearing:

IT IS HEREBY ORDERED that the Appellant is granted to leave to file the Sentencing Hearing Transcript as a supplement to the District Court record.

DATED this _____ day of _____, 2021.

_____
Montana Supreme Court

cc:  Meghan Lulf Sutton, Attorney for Appellant
Montana Attorney General Office, Jonathan Krauss
Heather Perry, Judith Basin County Attorney
Tenth Judicial District Court, Judith Basin County
Hon. Jon A. Oldenburg

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 25 2021